David N. McDevitt (030761)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: 602-845-5969
Facsimile: (866) 317-2674
dmcdevitt@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Canete, | Case No. 2:18-cv-04246-SMB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Wheels Financial Group, LLC dba 800LoanMart, | |
| Defendant. | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: March 1, 2019

                                                        Respectfully submitted,

                                                        <u>s/David N. McDevitt</u>
                                                        David N. McDevitt (030761)
                                                        Thompson Consumer Law Group, PLLC
                                                        5235 E. Southern Ave., D106-618

Mesa, AZ 85206
Telephone: 602-845-5969
Facsimile: (866) 317-2674
dmcdevitt@consumerlawinfo.com
Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I certify that on March 1, 2019 I filed the foregoing document, NOTICE OF SETTLEMENT, with the Clerk of the U.S. District Court for the District of Arizona using CM/ECF, which will send notification of such filing to all counsel of record, as follows:

>Patricia V. Waterkotte
>Rusing Lopez & Lizardi, P.L.L.C.
>6363 North Swan Road, Suite 151
>Tucson, Arizona 85718
>Telephone: (520) 792-4800
>Facsimile: (520) 529-4262
>pvictory@rllaz.com
>
>Attorneys for Defendant
>Wheels Financial Group, LLC dba 800LoanMart

>s/David N. McDevitt
>David N. McDevitt