David N. McDevitt (030761)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: 602-845-5969
Facsimile: (866) 317-2674
dmcdevitt@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Canete, | Case No. 2:18-cv-04246-SMB |
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| Wheels Financial Group, LLC dba 800LoanMart, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 26, 2019

                                        Respectfully submitted,

                                        s/David N. McDevitt
                                        David N. McDevitt (030761)
                                        Thompson Consumer Law Group, PLLC
                                        5235 E. Southern Ave., D106-618
                                        Mesa, AZ 85206
                                        Telephone: 602-845-5969
                                        Facsimile: (866) 317-2674
                                        dmcdevitt@consumerlawinfo.com
                                        Attorneys for Plaintiff

s/Patricia V. Waterkotte<br>
Patricia V. Waterkotte<br>
State Bar No. 029231<br>
Rusing Lopez & Lizardi, P.L.L.C.<br>
6363 North Swan Road, Suite 151<br>
Tucson, Arizona 85718<br>
Telephone: (520) 792-4800<br>
Facsimile: (520) 529-4262<br>
pvictory@rllaz.com<br>
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on March 26, 2019 I filed the foregoing document, JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE, with the Clerk of the U.S. District Court for the District of Arizona using CM/ECF, which will send notification of such filing to all counsel of record, as follows:

> Patricia V. Waterkotte
> Rusing Lopez & Lizardi, P.L.L.C.
> 6363 North Swan Road, Suite 151
> Tucson, Arizona 85718
> Telephone: (520) 792-4800
> Facsimile: (520) 529-4262
> pvictory@rllaz.com
>
> Attorneys for Defendant
> Wheels Financial Group, LLC dba 800LoanMart

s/David N. McDevitt<br>
David N. McDevitt