# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Canete, | No. CV-18-04246-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Wheels Financial Group LLC, | |
| Defendant. | |

The Court having received and reviewed the Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 23) and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter, including any and all claims therein as to all parties, is dismissed with prejudice, each party to bear their own fees and costs.

Dated this 1st day of April, 2019.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge